FILED
2023 Dec-19  PM 01:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | | |
|---|---|---|
| ROSA NELY DELEON-CUERVO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 7:23-cv-00787-MHH-NAD |
| | ) | |
| WARDEN NEELY, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM OPINION

Petitioner Rosa Nely Deleon-Cuervo filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  (Doc. 1).  On November 27, 2023, the magistrate judge entered a report in which he recommended that the Court deny Ms. Deleon-Cuervo's petition for habeas relief because she is not eligible for the earned time credit she requested in her petition.  (Doc. 11).  The magistrate judge advised the parties of their right to file objections to the report and recommendation within 14 days.  (Doc. 11, pp. 6-7).  The Court has not received objections.

Having reviewed the materials in the Court's electronic docket, including the report and recommendation, the Court adopts the magistrate judge's findings and accepts his recommendation.  The Court denies the petition for writ of habeas corpus. By separate order, the Court will dismiss this action.

**DONE** and **ORDERED** this December 19, 2023.

**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE